# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT DAYTON

FRANK NMN NEWSOME,

        Plaintiff,        :        Case No. 3:99-cv-473

- vs -        :        District Judge Walter Herbert Rice
        Magistrate Judge Michael R. Merz

JERRY ERWIN, et al.,        :

        Defendants.        :

## ORDER ADOPTING REPORT AND RECOMMENDATIONS

The Court has reviewed the Report and Recommendations of United States Magistrate Judge Michael R. Merz on Motion for Reconsideration (Doc. #117), to whom this case was referred pursuant to 28 U.S.C. § 636(b), and noting that no objections have been filed thereto and that the time for filing such objections under Fed. R. Civ. P. 72(b) expired on January 23, 2012, hereby ADOPTS said Report and Recommendations.

Plaintiff's Motion to Reopen Case filed January 4, 2012 (Doc. #116) is DENIED.

January 24, 2012.

                                                  Walter Herbert Rice
                                                  United States District Judge